# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00495DAE |
| CASE NAME: | USA v. (07) Corey Manley |
| ATTYS FOR PLA: | Chris A. Thomas |
| ATTYS FOR DEFT: | (07) Stephen M. Shaw |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 06/26/2006 | TIME: | 11:11 - 11:14 |

COURT ACTION: EP: Final Pretrial Conference as to (07) Corey Manley - deft's presence waived.

Attorney Stephen M. Shaw sanctioned $200 for failure to appear at today's 10:00 a.m. Final Pretrial Conference.

Final Pretrial Conference held. Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**:

Jury Trial before Judge David Alan Ezra on July 25, 2006 at 9:00 a.m..

Representations by counsel on trial time:
The United States: 3 days
Defendant: (07) Corey Manley - 4 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendant.

1. Fed. R. Evid. 404(b) : June 28, 2006
2. a. Motions in Limine filed and served by: July 5, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: July 10, 2006.
3. Brady and Giglio Material by: July 5, 2006

4. a. Jury Instructions exchanged by July 5, 2006.
   d. Filings required by 4(b) & (c) by: July 12, 2006.
5. Witness Lists per stipulation by July 18, 2006.
6. <u>Exhibits</u>
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in binders, copy in binders.
7. <u>Stipulations</u>: In writing and filed by July 12, 2006.
8. <u>Voir Dire Questions</u>: In writing by July 12, 2006.
9. <u>Trial Briefs</u>: by July 12, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

cc: Financial Deputy, Tammy Kimura

Submitted by Richlyn W. Young, courtroom manager

CR 03-00495DAE;
USA v. (03) Corey Manley;
Final Pretrial Conference Minutes
06/26/2006