ORIGINAL

STEPHEN M. SHAW  4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800

Attorney for Defendant
COREY MANLEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 5 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br><br>COREY MANLEY (07),<br><br><br>        Defendant. | CR. NO. 03-00495-07 DAE<br><br>COUNT 1:<br>CONSPIRARY. 21USC§841(A)(1);<br>§846 (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION OF<br>METHAMPHETAMINE<br>WITH INTENT TO DISTRIBUTE;<br>21USC §841(a)(1);<br>§841(b)(1)(A); 18 USC§2<br>COUNT 7:<br>COMMUNICATION FACILITY TO<br>COMMIT FELONY. 21USC§843(b);<br>21USC§8.<br><br>NOTICE OF HEARING OF<br>MOTION; DEFENDANT COREY<br>MANLEY'S MOTIONS IN LIMINE;<br>MEMORANDUM IN SUPPORT OF<br>MOTION;<br>DECLARATION OF COUNSEL;<br>CERTIFICATE OF SERVICE<br><br>Trial:             7-25-06<br>Hearing Date:<br>Hearing Time:<br>Judge: The Honorable David A. Ezra |

NOTICE OF HEARING OF MOTION

TO: EDWARD H. KUBO, JR. ESQ.
U.S. Attorney,
FLORENCE T. NAKAKUNI, ESQ.
CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorneys
United States Attorneys' Office
PJKK Federal Building
300 Ala Moana Blvd. Box 50183
Honolulu, Hawaii 96850

Attorneys for United States of America

Anthony Contreras, Esq.
3600 Wilshire Blvd., Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON

Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

PLEASE TAKE NOTICE that the attached Motion will be presented before Honorable DAVID A. EZRA, United States District Judge, in the Courtroom of said Judge in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006, at the hour of _____ o'clock \_\_\_. m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, July 5, 2006.

                                                  STEPHEN M. SHAW
                                                  Attorney for Defendant
                                                  COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COREY MANLEY (07), )<br>)<br>Defendant. ) | CR. NO. 03-00495-07 DAE |

DEFENDANT COREY MANLEY'S MOTIONS IN LIMINE

COMES NOW Defendant COREY MANLEY, by and through his attorney undersigned, and respectfully moves this Honorable Court for orders (1) prohibiting the introduction of all evidence, testimonial or otherwise, or any mention by witnesses or counsel, relating to statements made by Defendant COREY MANLEY, or attributed to Defendant COREY MANLEY by others, (2) preclude the Indictment from being published to the jury or submitted to the jury during deliberations, (3) prohibit the jury instructions from being given to the jury during deliberations, on the grounds that such information is irrelevant to the above-captioned charge, is more prejudicial than probative of the material issues relevant thereto and/or is not evidence, (4) preclude reference to any conversations by co-defendants relating to Defendant COREY MANLEY because the information, is irrelevant to the above-captioned charge, is more prejudicial than

probative of the material issues relevant thereto is not evidence, and was not produced after an FRCr.P 16 request, (5) prohibit any photograph or other picture or likeness of Defendant COREY MANLEY to be shown to the jury because in court identification of Defendant COREY MANLEY is the best evidence and any photograph or other picture is irrelevant or immaterial, (6) prohibit the introduction of evidence which is "fruit of the poisonous tree", (7) preclude introduction or mention of any prior bad acts by Defendant COREY MANLEY and (8) preclude introduction or mention of information not produced pursuant to FRCr.P 16.

This Motion is made pursuant to FRCr.P 16 and Rules 401, 402, 403, 404(b), 615, 801 and 802 of the Federal Rules of Evidence, and is based upon the records and files of the instant case, the Declaration of Counsel attached hereto and made a part hereof, and any other evidence as may be adduced at a hearing on this Motion.

DATED: Honolulu, Hawaii, July 5, 2006.

STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY