IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF COUNSEL |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF COUNSEL

I, STEPHEN M. SHAW, declares as follows:

1. Declarant is an attorney licensed to practice law before this Honorable Court, and has personal knowledge of the following except where indicated.

2. Declarant is court-appointed counsel for Defendant COREY MANLEY, in the above-captioned matter.

3. Your Declarant has reviewed the records and files of the instant case, has spoken with the Defendant, and has spoken to Assistant United States Attorney Chris A. Thomas, Esq.

4. Your Declarant is thereby informed and of the belief that the Government may attempt to introduce or elicit statements made by defendant Manley, or statements made by others about defendant COREY MANLEY.

5. The Government has not provided information requested by Mr.

1

Manley and should not be permitted to introduce any evidence required to be produced under FRCP 16.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 5, 2006.

                                                STEPHEN M. SHAW
                                                Attorney for Defendant
                                                COREY MANLEY