IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| VS. | ) | |
| | ) | |
| COREY MANLEY,     (07) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

DECLARATION OF COUNSEL

I, CHRIS A. THOMAS, hereby declare as follows:

1. That I am an Assistant U.S. Attorney representing the United States of America in the above-captioned case; and

2. That the factual representations and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: HONOLULU, HAWAII: July 10, 2006.

/s/ Chris A. Thomas
CHRIS A. THOMAS