ORIGINAL


FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 11 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

STEPHEN M. SHAW  4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800

Attorney for Defendant
COREY MANLEY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | CONSPIRARY. 21USC§841(A)(1); |
| vs. | ) | §846 (b)(1)(A) |
| | ) | |
| | ) | COUNT 2: |
| COREY MANLEY (07), | ) | POSSESSION OF |
| | ) | METHAMPHETAMINE |
| | ) | WITH INTENT TO DISTRIBUTE; |
| Defendant. | ) | 21USC §841(a)(1); |
| | ) | §841(b)(1)(A); 18 USC§2 |
| | ) | COUNT 7: |
| | ) | COMMUNICATION FACILITY TO |
| | ) | COMMIT FELONY. 21USC§843(b); |
| | ) | 21USC§8. |
| | ) | |
| | ) | NOTICE OF HEARING OF |
| | ) | MOTION; DEFENDANT COREY |
| | ) | MANLEY'S MOTION TO |
| | ) | CONTINUE TRIAL DATE; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | EXHIBIT "A"; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Trial:           7-25-06 |
| | ) | Hearing Date: |
| | ) | Hearing Time: |
| | ) | Judge: The Honorable David A. Ezra |

## NOTICE OF HEARING OF MOTION

TO:  EDWARD H. KUBO, JR. ESQ.
    U.S. Attorney,
    FLORENCE T. NAKAKUNI, ESQ.
    CHRIS A. THOMAS, ESQ.
    Assistant U.S. Attorneys
    United States Attorneys' Office
    PJKK Federal Building
    300 Ala Moana Blvd. Box 50183
    Honolulu, Hawaii  96850

Attorneys for United States of America


Anthony Contreras, Esq.
3600 Wilshire Blvd., Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON


Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

PLEASE TAKE NOTICE that the attached Motion will be presented before Honorable DAVID A. EZRA, United States District Judge, in the Courtroom of said Judge in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006, at the hour of _____ o'clock ___. m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, July 11, 2006.

                                                STEPHEN M. SHAW
                                                Attorney for Defendant
                                                COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| Plaintiff, | ) | |
| vs. | ) | |
| COREY MANLEY (07), | ) | |
| Defendant. | ) | |

## DEFENDANT COREY MANLEY'S MOTION TO CONTINUE TRIAL DATE

COMES NOW Defendant COREY MANLEY, by and through his attorney undersigned, and respectfully moves this Honorable Court for a continuance of the trial date, now set for 7-25-06 to 11-28-06, or thereafter.

This Motion is made pursuant to Local Rule ("LR") (Civil) 40.4, LR 12.3 (Criminal), Rule 47(a) of the Federal Rules of Criminal Procedure ("FRCr.P") and FRCr.P 16(d)(2)(B); and the waiver by the Government of the use of Mr. Manley's alleged statements; and is based upon the agreement of the United States, the records and files of the instant case, the Declaration of Counsel attached hereto and made a part hereof, and any other evidence as may be adduced at a hearing on this Motion.

DATED: Honolulu, Hawaii, July 11, 2006.

STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY