IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF COUNSEL |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF COUNSEL

I, STEPHEN M. SHAW, declares as follows:

1. Declarant is an attorney licensed to practice law before this Honorable Court, and has personal knowledge of the following except where indicated.

2. Declarant is court-appointed counsel for Defendant COREY MANLEY, in the above-captioned matter.

3. Your Declarant has reviewed the records and files of the instant case, has spoken with the Defendant, and has spoken to Assistant United States Attorney Chris A. Thomas, Esq.

4. Defendant COREY MANLEY and the United States agree to continue trial in this matter set for 7-25-06.

5. The parties agree that 11-28-06 would be a more feasible date.

6. Defendant COREY MANLEY is constrained to move for a

continuance due to difficulty obtaining a routine stipulation; specifically USAU Chris Thomas, Esq. reports that counsel for co-defendant Anthony Contreras, Esq. has not responded to Mr. Thomas' attempts to secure a stipulation to continue.

7. As to Mr. Manley, good cause exists to continue this case in that further preparation and discovery litigation is required over (1) possible hearsay in wiretaps, or other circumstances implicating Mr. Manley and (2) the Government's surprise decision to circumvent its waiver in open court. Exhibit A.2, attached hereto is an excerpt of a transcript of that waiver on 8-23-04.

8. Further good cause exists in that USAU Chris Thomas, Esq. advises that one or more co-defendants in this case may be changing their plea(s). Defendant Manley reserves his prior severance motions and joinder objections. Prompt conclusion of these imminent plea changes will render the severance/joinder problems moot.

9. Counsel is further informed and of the belief that the Government may attempt to introduce or elicit statements made by defendant Manley, or statements made <u>by others</u> about defendant COREY MANLEY.

10. The Government has not provided crucial information requested by Mr. Manley and should not be permitted to introduce any evidence required to be produced under FRCP 16.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 11, 2006.

                                                      _____
                                                      STEPHEN M. SHAW
                                                      Attorney for Defendant
                                                      COREY MANLEY