IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                        Plaintiff,       )<br>    vs.                                            )<br>                                                          )<br> COREY MANLEY (07),                 )<br>                                                          )<br>                        Defendant.    )<br> _____) | CR. NO. 03-00495-07 DAE<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document will be served on the following parties by ( X ) US mail, or ( ) personal delivery at the date of filing.

TO:   EDWARD H. KUBO, JR. ESQ.
        U.S. Attorney,
        FLORENCE T. NAKAKUNI, ESQ.
        CHRIS A. THOMAS, ESQ.
        Assistant U.S. Attorneys
        United States Attorneys' Office
        PJKK Federal Building
        300 Ala Moana Blvd. Box 50183
        Honolulu, Hawaii  96850

        Attorneys for United States of America


        Anthony Contreras, Esq.
        3600 Wilshire Blvd., Ste 900
        Los Angeles, CA 90010

        Attorney for Defendant (02) ROMAN CALDERON

Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

DATED: Honolulu, Hawaii, July 11, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY