

STEPHEN M. SHAW  4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800

Attorney for Defendant
COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | CONSPIRARY. 21USC§841(A)(1); |
| vs. | ) | §846 (b)(1)(A) |
| | ) | |
| | ) | COUNT 2: |
| COREY MANLEY (07), | ) | POSSESSION OF |
| | ) | METHAMPHETAMINE |
| | ) | WITH INTENT TO DISTRIBUTE; |
| Defendant. | ) | 21USC §841(a)(1); |
| | ) | §841(b)(1)(A); 18 USC§2 |
| | ) | COUNT 7: |
| | ) | COMMUNICATION FACILITY TO |
| | ) | COMMIT FELONY. 21USC§843(b); |
| | ) | 21USC§8. |
| | ) | |
| | ) | NOTICE OF NON-HEARING OF |
| | ) | MOTION; DEFENDANT COREY |
| | ) | MANLEY'S MOTION TO |
| | ) | RECONSIDER SANCTIONS |
| | ) | IMPOSED ON JUNE 26, 2006; |
| | ) | MEMORANDUM |
| | ) | IN SUPPORT OF MOTION; |
| | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Trial: 11-28-06 |

```
                              )   Judge Magistrate: The Honorable
                              )              Barry M. Kurren
                              )
_____)   [NO WRITTEN ORDER RECEIVED]
```

### NOTICE OF NONHEARING OF MOTION

TO:   EDWARD H. KUBO, JR. ESQ.
U.S. Attorney,
FLORENCE T. NAKAKUNI, ESQ.
CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorneys
United States Attorneys' Office
PJKK Federal Building
300 Ala Moana Blvd. Box 50183
Honolulu, Hawaii 96850

Attorneys for United States of America


Anthony Contreras, Esq.
3600 Wilshire Blvd., Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON


Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

YOU ARE HEREBY NOTIFIED that following non-hearing motion is being made to the Honorable Barry M. Kurren, United State District Court Magistrate Judge, in his Courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii pursuant to FRCr.P 47, LR 12.3 (crim), and civil local rules 7.2(e), 7.4 and 60.1(c) requiring an opposition thereto to be served and filed not more than eleven (11) days after service of this motion.

DATED: Honolulu, Hawaii, July 18, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT COREY MANLEY'S MOTION TO RECONSIDER**
**SANCTIONS IMPOSED ON JUNE 26, 2006**

COMES NOW Defendant COREY MANLEY, by and through his attorney undersigned, and respectfully moves this Honorable Court to reconsider $200.00 in sanctions imposed on Mr. Manley's counsel on June 26, 2006, by the Honorable Barry M. Kurren, United States Magistrate Judge.

DATED: Honolulu, Hawaii, July 18, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY