IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00495-07 DAE |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| COREY MANLEY (07), | ) |
| Defendant. | ) |

## MEMORANDUM IN SUPPORT OF MOTION

This Motion is made pursuant to FRCr.P 47 and Local Rules 12.3 (crim) and 60.1(c) (civil), and is based upon the records and files of the instant case, the Declaration of Counsel attached hereto and made a part hereof, and any other evidence as may be adduced at a hearing on this Motion.

DATED: Honolulu, Hawaii, July 18, 2006.

Respectfully Submitted,

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY