IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document will be served on the following parties by ( X ) US mail, or ( ) personal delivery at the date of filing.

TO: EDWARD H. KUBO, JR. ESQ.
U.S. Attorney,
FLORENCE T. NAKAKUNI, ESQ.
CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorneys
United States Attorneys' Office
PJKK Federal Building
300 Ala Moana Blvd. Box 50183
Honolulu, Hawaii 96850

Attorneys for United States of America


Anthony Contreras, Esq.
3600 Wilshire Blvd., Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON

Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

DATED: Honolulu, Hawaii, July 18, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY