ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 2 o'clock and ___ min ___ M
SUE BEITIA, CLERK

STEPHEN M. SHAW  4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel:  (808) 521-0800

Attorney for Defendant
COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY MANLEY (07),<br><br>Defendant. | CR. NO. 03-00495-07 DAE<br><br>COUNT 1:<br>CONSPIRARY. 21USC§841(A)(1); §846 (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE; 21USC §841(a)(1); §841(b)(1)(A); 18 USC§2<br><br>COUNT 7:<br>COMMUNICATION FACILITY TO COMMIT FELONY. 21USC§843(b); 21USC§8.<br><br>NOTICE OF WITHDRAWAL OF DEFENDANT COREY MANLEY'S MOTIONS IN LIMINE FOR THE TRIAL DATE OF 7-25-06; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Trial:          11-28-06<br>Judge: The Honorable David A. Ezra |

NOTICE OF WITHDRAWAL OF DEFENDANT COREY MANLEY'S
MOTIONS IN LIMINE FOR THE TRIAL DATE OF 7-25-06

NOTICE is hereby given that the Defendant COREY MANLEY's motions in limine, filed by defendant COREY MANLEY for the trial of 7-25-06, are withdrawn without prejudice to renewal before a subsequent trial date.

DATED: Honolulu, Hawaii, July 19, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document will be served on the following parties by ( X ) US mail, or ( ) personal delivery at the date of filing.

TO: EDWARD H. KUBO, JR. ESQ.
U.S. Attorney,
FLORENCE T. NAKAKUNI, ESQ.
CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorneys
United States Attorneys' Office
PJKK Federal Building
300 Ala Moana Blvd. Box 50183
Honolulu, Hawaii  96850

Attorneys for United States of America


Anthony Contreras, Esq.
3600 Wilshire Blvd., Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON

Arnold T. Phillips, II, Esq.
Century Square
1188 Bishop St., Ste. 3003
Honolulu, HI 96813

Attorney for Defendant (03) JASON MAXWELL

DATED: Honolulu, Hawaii, July 19, 2006.

                                             STEPHEN M. SHAW
                                             Attorney for Defendant
                                             COREY MANLEY