# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00495DAE

CASE NAME:       USA v. (07) Corey Manley

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren           REPORTER:

DATE:    08/21/2006                TIME:

COURT ACTION:  EO: [382] *Defendant (07) Corey Manley's Motion to Reconsider Sanctions Imposed on June 26, 2006* is set for hearing on 9/21/2006 @ 11:30 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager