# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00495DAE

CASE NAME:        USA v. (07) Corey Manley

ATTYS FOR PLA:    Chris A. Thomas

ATTYS FOR DEFT:   (07) Stephen M. Shaw

INTERPRETER:

| | |
|---|---|
| JUDGE: Barry M. Kurren | REPORTER: C6F |
| DATE: 09/21/2006 | TIME: 11:33 - 11:39 |

COURT ACTION:  EP: [382] Defendant (07) Manley's Motion to Reconsider Sanctions Imposed on June 26, 2006 - deft not present.

Motion GRANTED in part.
Stephen M. Shaw's request to reduce the amount of sanctions from $200 to $100 granted. Chris Thomas to prepare order.

cc: Financial Deputy
Submitted by Richlyn W. Young, courtroom manager