AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt    236702

Trans      141990

Received From:   **STEPHEN SHAW**

Case Number:

Reference Number:   CR 03-495

|  | Check | 100.00 |
|---|---|---|
|  | Total | 100.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| SANCTIONS | 109900 | 1 | 100.00 |
|  | **Total** | | **100.00** |
|  | Tend | | 100.00 |
|  | Due | | 0.00 |

09/21/2006 11:49:55 AM     Deputy Clerk: et/DT