EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | ORDER DENYING AND GRANTING |
| | ) | IN PART DEFENDANT'S MOTION TO |
| vs. | ) | RECONSIDER SANCTIONS IMPOSED |
| | ) | |
| COREY MANLEY,        (07) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


         ORDER DENYING AND GRANTING IN PART DEFENDANT'S
              MOTION TO RECONSIDER SANCTIONS IMPOSED

         Counsel for Defendant COREY MANLEY's Motion to

Reconsider Sanctions Imposed (hereinafter "Defendant's Motion")

came on for hearing on September 21, 2006, before this Honorable

Court.  Chris A. Thomas, Assistant United States Attorney,

appeared on behalf of the United States, and Stephen Shaw, Esq.,

appeared on behalf of Defendant COREY MANLEY.

Upon consideration of Defendant's Motion submitted in connection with this matter, the documents and records on file in this case and the arguments of counsel at the hearing,

IT IS HEREBY ORDERED that Defendant's Motion is DENIED in part, and GRANTED in part.

The Court denies Defendant's Motion as to the appropriateness and the basis for the sanction imposed, however, the Court grants Defendant's Motion to the extent that it will reduce the amount of the sanction imposed from $200 to the sum of $100, payable forthwith.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 26, 2006

U.S. v. Corey Manley
Cr. No. 03-00495 DAE
Order Denying and Granting In Part
 Defendant's Motion to Reconsider
 Sanctions Imposed