EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| COREY MANLEY,    (07) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order Denying and Granting in Part Defendant's Motion to Reconsider Sanctions Imposed was signed and filed on September 26, 2006 and was served on the following counsel on September 26, 2006:

Served by First Class mail:

Stephen M. Shaw, Esq.
P.O. Box 2353
Honolulu, Hawaii 96804

    DATED: September 26, 2006, at Honolulu, Hawaii.


    /s/ Janice Tsumoto


UNITED STATES v. COREY MANLEY
Cr. No. 03-00495 DAE
"Certificate of Service"