EDWARD H. KUBO, JR.     #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI    #2286
First Assistant U.S. Attorney

CHRIS A. THOMAS         #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495 DAE |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL AND |
| | ) | TO EXCLUDE TIME |
| vs. | ) | |
| | ) | |
| ROMAN CALDERON,       (02) | ) | |
| and COREY MANLEY,     (07) | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER CONTINUING TRIAL AND TO EXCLUDE TIME

On October 30, 2006, at the scheduled Pre-Trial conference before the Honorable Magistrate Judge Leslie E. Kobayashi, appeared Stephen Shaw, Esq. attorney for Defendant Corey Manley who was also present.  Defendant Roman Calderon, nor his attorney were present.

Based on an oral motion to continue trial and with no objection by counsel for the Government,

IT WAS ORDERED that the jury trial currently scheduled for November 28, 2006, be continued to February 27, 2007 at 9:00 a.m. before the Honorable Judge David Alan Ezra.  The final pretrial conference is scheduled for January 8, 2006, at 10:00 a.m. before Magistrate Judge Kevin S.C. Chang.  The Defendant's Motions are due on December 26, 2006 and the government's response is due on January 9, 2007.

The Court found that the ends of justice outweighed the best interest of the public and the Defendant in a speedy trial because the continuance allows counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B)(A) and that a failure to grant the continuance would result in a miscarriage of justice (h)(8)(B)(i).

IT WAS FURTHER ORDERED that the period beginning November 28, 2006, to and including February 27, 2007, be excluded from the computations required by the Speedy Trial Act, Title 18, United States Code, Section 3161.

Dated: Honolulu, Hawaii, November 6, 2006.




Kevin S.C. Chang
United States Magistrate Judge

United States v. William Totten, et al.
Cr. No. 03-00495 DAE
Order Continuing Trial and to
  Exclude Time