**ORIGINAL**

STEPHEN M. SHAW 4336
P.O. Box 2353
Honolulu, Hawaii 96804
Tel: (808) 521-0800

Attorney for Defendant
COREY MANLEY



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 6 2006

at 2 o'clock and 05 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
|---|---|---|
| Plaintiff, | ) | COUNT 1: |
|  | ) | CONSPIRARY. 21USC§841(A)(1); |
| vs. | ) | §846 (b)(1)(A) |
|  | ) |  |
|  | ) | COUNT 2: |
| COREY MANLEY (07), | ) | POSSESSION OF |
|  | ) | METHAMPHETAMINE |
| Defendant. | ) | WITH INTENT TO DISTRIBUTE; |
|  | ) | 21USC §841(a)(1); |
|  | ) | §841(b)(1)(A); 18 USC§2 |
|  | ) |  |
|  | ) | COUNT 7: |
|  | ) | COMMUNICATION FACILITY TO |
|  | ) | COMMIT FELONY. 21USC§843(b); |
|  | ) | 21USC§8. |
|  | ) |  |
|  | ) | NOTICE OF MOTION; |
|  | ) | DEFENDANT COREY MANLEY'S |
|  | ) | MOTION TO DISMISS WITH |
|  | ) | PREJUDICE OR FOR |
|  | ) | EVIDENTIARY SANCTIONS AND |
|  | ) | TO COMPEL DISCLOSURE; |
|  | ) | MEMORANDUM IN SUPPORT |
|  | ) | OF MOTION; |
|  | ) | DECLARATION OF COUNSEL; |
|  | ) | EXHIBIT "A"; |

|                                    ) | CERTIFICATE OF SERVICE |
|---|---|

)           CERTIFICATE OF SERVICE
)           Hearing Date:
)           Hearing Time:
)           Trial:              2-27-07
)           Judge: The Honorable David A. Ezra

## NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR. ESQ.
    U.S. Attorney,
    FLORENCE T. NAKAKUNI, ESQ.
    CHRIS A. THOMAS, ESQ.
    Assistant U.S. Attorneys
    PJKK Federal Building
    300 Ala Moana Blvd. Box 50183
    Honolulu, Hawaii 96850

    Anthony Contreras, Esq.
    3600 Wilshire Blvd.,
    Ste 900
    Los Angeles, CA 90010

    Attorney for Defendant (02) ROMAN CALDERON

PLEASE TAKE NOTICE that the undersigned shall bring the foregoing motion on for hearing before the Honorable David A. Ezra, Judge of the above-entitled Court, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____ 2007, at _____ . m. or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, December 26, 2006.

            _____
            STEPHEN M. SHAW
            Attorney for Defendant
            COREY MANLEY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT COREY MANLEY'S |
| | ) | MOTION TO DISMISS WITH |
| COREY MANLEY (07), | ) | PREJUDICE OR FOR |
| | ) | EVIDENTIARY SANCTIONS AND |
| Defendant. | ) | TO COMPEL DISCLOSURE |
| | ) | |
| | ) | |

DEFENDANT COREY MANLEY'S MOTION TO DISMISS WITH
PREJUDICE OR FOR EVIDENTIARY SANCTIONS AND
TO COMPEL DISCLOSURE

COMES NOW Defendant COREY MANLEY, by and through his attorney Stephen M. Shaw, and respectfully moves this Honorable Court to dismiss this case with prejudice; or, for evidentiary sanctions and to compel disclosure.

This Motion is made pursuant to the Due Process Clause of The Fifth Amendment, Local Rule 12.2(d), 12.3 and 16.1(a) (Criminal), and Rules 16(d) and 47(a) of the Federal Rules of Criminal Procedure ("FRCr.P"), and is based upon the records and files of the instant case, the Declaration of Counsel attached hereto, and made a part hereof, and any other evidence as may be adduced at a hearing on this Motion.

Defendant requests that this Court dismiss the case against Mr. Manley with

1

prejudice; or, limit the government's proof to alleged "telephone conversations in which Defendant [Manley] is a party to the conversation". Memorandum infra at 2. In the event the case is not dismissed, Mr. Manley requests that this Court order the government to produce items or documents wherein Mr. Manley is mentioned or identified in any wiretap. See Exhibit "A", infra.

DATED: Honolulu, Hawaii, December 26, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY

2