IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00495-07 DAE |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF COUNSEL |
| COREY MANLEY (07), ) | |
| Defendant. ) | |

## DECLARATION OF COUNSEL

STEPHEN M. SHAW, declare as follows:

1. Declarant is an attorney duly licensed to practice law before this Honorable Court, and has personal knowledge of the following except where indicated.

2. Declarant is court-appointed counsel for Defendant COREY MANLEY, in the above-captioned matter.

3. Your Declarant has reviewed the records and files of the instant case, has spoken with the Defendant, and has spoken to Assistant United States Attorney Chris A. Thomas, Esq.

4. Based upon the foregoing, counsel is informed and believes that the government has concealed exculpatory information about Mr. Manley for oer three

1

years, and has hobbled the defense of this case; particularly, the right to investigate and to prepare for impeachment of the governments witnesses.

5. The government produced some documents on **11-26-03**, but when pinned down, the government stonewalled. The government refuses to respond to the request which would have closed gaps left in its partial production. A correct copy of the request to the government is attached hereto, marked Exhibit "A" and made a part of hereof.

6. Dismissal is the appropriate remedy because the government has agreed not to use a statement it obtained from Mr. Manley, and there has been nothing else produced by the government supporting its assertion of statements made by others, about Mr. Manley.

DATED: Honolulu, Hawaii, December 26, 2006.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY