STEPHEN M. SHAW
Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Fax: (808) 531-2129
Email: shawy001@hawaii.rr.com

July 4, 2006

Chris A. Thomas, Esq.  
Assistant U.S. Attorney  
300 Ala Moana Blvd  
Rm-6100  
Honolulu, HI 96815

By Fax: 541-2958  
& 1st class mail

Re:   U.S. v. Manley; CR. NO. 03-00495-07 DAE

Dear Mr. Thomas:

I have checked my files and notes, and I do not see where you provide me with any wiretap information wherein others mentioned Mr. Manley. Please make that information available by Friday, 7-7-06.

Sincerely,

Stephen M. Shaw

EXHIBIT A