

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

ANTHONY CONTRERAS
3600 WILSHIRE BLVD STE 900
LOS ANGELES CA 90010-2613

NIXIE    900    1    72 01/22/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 96850093030    *1052-07591-22-28

CR-03-00495

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 25 2007
DISTRICT OF HAWAII

**Notices**
1:03-cr-00495-SOM USA v. Totten, et al

## U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

**Notice of Electronic Filing**

The following transaction was entered on 1/12/2007 at 7:16 PM HST and filed on 1/12/2007
**Case Name:** USA v. Totten, et al
**Case Number:** 1:03-cr-495
**Filer:**
**Document Number:** 450(No document attached)

**Docket Text:**
NOTICE OF HEARING ON MOTIONS'as to Defendants' (02) Roman Calderon and (07)Corey Manley-[277]-Motion to Dismiss and [438]-MOTION to Dismiss set for hearing on 3/12/2007 09:00 AM before JUDGE DAVID ALAN EZRA. (lls, )

**1:03-cr-495-2 Notice has been electronically mailed to:**

Alvin P.K.K. Nishimura     aknlaw@hawaiiantel.net

Daniel T. Pagliarini     dan@ilghawaii.com

Arnold T. Phillips , II     ATP@atphillips.com

Gurmail G. Singh     ggsingh@hawaii.rr.com

Chris A. Thomas     chris.thomas@usdoj.gov, janice.tsumoto@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-495-2 Notice has been delivered by other means to:**

Anthony Contreras
Contreras & Campa LLP
Wilshire Financial Tower
3600 Wilshire Blvd Ste 900
Los Angeles, CA 90010-2613

Stuart N. Fujioka
Nishioka & Fujioka
841 Bishop St Ste 224
Honolulu, HI 96813

Katherine E.K.P. Kealoha
Katherine Puana Kealoha & Associates
P.O. Box 1917
Honolulu, HI 96805

Dwight C.H. Lum
P O Box 37055
Honolulu, HI 96837

Benjamin D. Martin
1188 Bishop St Ste 1810
Honolulu, HI 96813

Stephen M. Shaw
P O Box 2353
Honolulu, HI 96804

Suzanne T. Terada
Pacific Tower
1001 Bishop St Ste 1510
Honolulu, HI 96813

**1:03-cr-495-7 Notice has been electronically mailed to:**

Alvin P.K.K. Nishimura     aknlaw@hawaiiantel.net

Daniel T. Pagliarini     dan@ilghawaii.com

Arnold T. Phillips , II     ATP@atphillips.com

Gurmail G. Singh     ggsingh@hawaii.rr.com

Chris A. Thomas     chris.thomas@usdoj.gov, janice.tsumoto@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov

**1:03-cr-495-7 Notice has been delivered by other means to:**

Anthony Contreras
Contreras & Campa LLP
Wilshire Financial Tower
3600 Wilshire Blvd Ste 900
Los Angeles, CA 90010-2613

Stuart N. Fujioka
Nishioka & Fujioka
841 Bishop St Ste 224
Honolulu, HI 96813

Katherine E.K.P. Kealoha
Katherine Puana Kealoha & Associates
P.O. Box 1917
Honolulu, HI 96805

Dwight C.H. Lum
P O Box 37055
Honolulu, HI 96837

Benjamin D. Martin
1188 Bishop St Ste 1810
Honolulu, HI 96813

Stephen M. Shaw
P O Box 2353
Honolulu, HI 96804

Suzanne T. Terada
Pacific Tower
1001 Bishop St Ste 1510
Honolulu, HI 96813