```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )   CR. NO. 03-00495-07 DAE
                             )
              Plaintiff,     )   DECLARATION OF COUNSEL
                             )
         VS.                 )
                             )
COREY MANLEY,         (07)   )
                             )
              Defendant.     )
                             )
_____)
```

## DECLARATION OF COUNSEL

I, CHRIS A. THOMAS, hereby declare as follows:

1. That I am an Assistant U.S. Attorney representing the United States of America in the above-captioned case; and

2. That the factual representations and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

3. That attached as Exhibit "A" is a true and correct copy of a letter addressed to Stephen M. Shaw, Esq. dated November 26, 2003.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: HONOLULU, HAWAII: March 9, 2007.

/s/ Chris A. Thomas
CHRIS A. THOMAS