

## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

(808) 541-2850
FAX (808) 541-2958

November 26, 2003

Stephen M. Shaw, Esq.
P.O. Box 2353
Honolulu, HI   96804

    Re:   <u>United States v. Corey Manley</u>
          Cr. No. 03-00495 DAE

Dear Mr. Shaw:

    Pursuant to CrimLR16.1(a), the United States hereby provides discovery in the above referenced case. The numbered paragraphs below correspond to the numbered paragraphs of that rule.

    1.   **Written or Recorded Statement by Defendant.** Enclosed is the FBI report of investigation, regarding the statement given by your client following his arrest. (pages numbered 93-95).

    2.   **Oral Statement by Defendant.**  See paragraph 1 above.

    3.   **Testimony of Defendant Before Grand Jury.**  None.

    4.   **Defendant's Prior Criminal Record.**  Enclosed is a synopsis of your client's personal information to include prior criminal record, if applicable. (Pages 267-268).

    5.   **Documentation.**  <u>See</u>, paragraph 1. Copies of documents and photographs the government may introduce at trial are available for inspection during normal business hours. The government may also introduce diagrams at trial which are not yet prepared. Copies of those items will be provided when received by the government.

    6.   **Results, Reports or Tests.**  The government will call an expert regarding laboratory analysis of drug evidence seized in this case.



**EXHIBIT A**

Stephen M. Shaw, Esq.
November 26, 2003
Page 2

    7.    **Brady material.**  The government is unaware of any Brady material in this case.

    8.    **Photographic line-up.**  A photospread was not used for identification in this case.

    9.    **Search Warrant.**  See pages 854-858, 738-801.

    10.   **Wire or Oral Interception.**  This case involved a Title III wiretap investigation, enclosed is the Application for Order Authorizing Interception of Wire Communications and Applicable Orders relative to your client.  (See pages 1690-1772, 2104-2182).  Copies and transcripts of highlighted intercepted conversations involving your client is available on CD-ROM that is playable on Windows based computer software.  In addition, a review of all of the intercepted conversations in this case, as well as physical surveillance reports, are available for review and distribution.  Please call Special Agent Dan Brady of the FBI at 356-4453 to coordinate a review and to obtain copies of the evidence.

    The United States hereby requests reciprocal discovery as provided by Local Rule 16-1(b).

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

CAT

Encls