STEPHEN M. SHAW
Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Fax:     (808) 531-2129

January 8, 2007

Florence T. Nakakuni, Esq.
Chris A. Thomas, Esq.
Assistant U.S. Attorneys
300 Ala Moana Blvd
Rm-6100
Honolulu, HI 96815

<u>By Fax: 541-2958 (5 pages)</u>
& 1st class mail

Re:   <u>U.S. v. Manley; CR. NO. 03-00495-07 DAE (Discovery Obligations)</u>

Dear Counsel:

This confirms my conversation with Mr. Thomas today at the courthouse wherein Mr. Thomas will <u>immediately</u> make the materials subject to my 12/27/06 fax to the FBI.

By immediately, I mean tomorrow morning; or, by the latest on 1/10/07.

Sincerely,

Stephen M. Shaw

Encls: 1. Fax to FBI, dated 12/27/07
        2. Letter from Mr. Thomas, dated 11/26/03
        3. Letter to Mr. Thomas, dated 7/4/06.

EXHIBIT B.1

# STEPHEN M. SHAW
### Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone:  (808) 521-0800
Fax:       (808) 531-2129
Email: shawy001@hawaii.rr.com

Date:       12/27/06

To:         Ed Arias , F.B.I.

Location/Number:   566-4470

From:       Stephen M. Shaw, Esq.

Re:         U.S. v Manley Cr 03-00495

Total Pages Sent (including this page) 1 of  3

Subject: _____

Following my tel. msg today , I need to
review those items in ¶ 10 of Mr Thomas
letter and to pick up the disc referred
to therein. January 1→5 is open on
my calendar

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE.   THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OR THIS MESSAGE IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL.  THANK YOU.

If there is any problem with receipt of this telefax, please call (808) 521-0800 as soon as possible.

EXHIBIT B.2



**U.S. Department of Justice**

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*                          *(808) 541-2850*
*300 Ala Moana Blvd., Room 6-100*          *FAX (808) 541-2958*
*Honolulu, Hawaii 96850*
November 26, 2003

Stephen M. Shaw, Esq.
P.O. Box 2353
Honolulu, HI   96804

> Re:   <u>United States v. Corey Manley</u>
>       Cr. No. 03-00495 DAE

Dear Mr. Shaw:

Pursuant to CrimLR16.1(a), the United States hereby provides discovery in the above referenced case. The numbered paragraphs below correspond to the numbered paragraphs of that rule.

1.   **Written or Recorded Statement by Defendant.** Enclosed is the FBI report of investigation, regarding the statement given by your client following his arrest. (pages numbered 93-95).

2.   **Oral Statement by Defendant.** See paragraph 1 above.

3.   **Testimony of Defendant Before Grand Jury.** None.

4.   **Defendant's Prior Criminal Record.** Enclosed is a synopsis of your client's personal information to include prior criminal record, if applicable. (Pages 267-268).

5.   **Documentation.** <u>See</u>, paragraph 1. Copies of documents and photographs the government may introduce at trial are available for inspection during normal business hours. The government may also introduce diagrams at trial which are not yet prepared. Copies of those items will be provided when received by the government.

6.   **Results, Reports or Tests.** The government will call an expert regarding laboratory analysis of drug evidence seized in this case.

EXHIBIT B.3

Stephen M. Shaw, Esq.
November 26, 2003
Page 2

7.  **Brady material.**  The government is unaware of any
Brady material in this case.

8.  **Photographic line-up.**  A photospread was not used
for identification in this case.

9.  **Search Warrant.**  See pages 854-858, 738-801.

10.  **Wire or Oral Interception.**  This case involved a
Title III wiretap investigation, enclosed is the Application for
Order Authorizing Interception of Wire Communications and
Applicable Orders relative to your client.  (See pages 1690-1772,
2104-2182).  Copies and transcripts of highlighted intercepted
conversations involving your client is available on CD-ROM that
is playable on Windows based computer software.  In addition, a
review of all of the intercepted conversations in this case, as
well as physical surveillance reports, are available for review
and distribution.  Please call Special Agent Dan Brady of the FBI
at 356-4453 to coordinate a review and to obtain copies of the
evidence.

The United States hereby requests reciprocal discovery
as provided by Local Rule 16-1(b).

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By
CHRIS A. THOMAS
Assistant U.S. Attorney

CAT

Encls

EXHIBIT B.4

STEPHEN M. SHAW
Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone:  (808) 521-0800
Fax:    (808) 531-2129
Email: shawy001@hawaii.rr.com


July 4, 2006


Chris A. Thomas, Esq.                     By Fax: 541-2958
Assistant U.S. Attorney                   & 1st class mail
300 Ala Moana Blvd
Rm-6100
Honolulu, HI 96815

Re:   U.S. v. Manley; CR. NO. 03-00495-07 DAE

Dear Mr. Thomas:

        I have checked my files and notes, and I do not see where you provide me
with any wiretap information wherein others mentioned Mr. Manley. Please make
that information available by Friday, 7-7-06.

Sincerely,



Stephen M. Shaw



EXHIBIT B.5