IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| COREY MANLEY (07), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the following attorneys at the address indicated by (  ) first class mail, or ( **X** ) hand delivery,

TO:  EDWARD H. KUBO, JR. ESQ.
U.S. Attorney,
FLORENCE T. NAKAKUNI, ESQ.
CHRIS A. THOMAS, ESQ.
Assistant U.S. Attorneys
United States Attorneys' Office
PJKK Federal Building
300 Ala Moana Blvd. Box 50183
Honolulu, Hawaii  96850

Attorneys for United States of America


Anthony Contreras, Esq.
3600 Wilshire Blvd.,
Ste 900
Los Angeles, CA 90010

Attorney for Defendant (02) ROMAN CALDERON

1

DATED: Honolulu, Hawaii, March 16, 2007.

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY