**ORIGINAL**

**LODGED**
APR 1 8 2007

STEPHEN M. SHAW  4336
P.O. Box 2353
Honolulu, Hawaii  96804
Tel: (808) 521-0800

Attorney for Defendant
COREY MANLEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 9 2007

at 4 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COREY MANLEY (07),<br><br>Defendant. | CR. NO. 03-00495-07 DAE<br><br>COUNT 1:<br>CONSPIRARY. 21USC§841(A)(1); §846 (b)(1)(A)<br><br>COUNT 2:<br>POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE; 21USC §841(a)(1); §841(b)(1)(A); 18 USC§2<br><br>COUNT 7:<br>COMMUNICATION FACILITY TO COMMIT FELONY. 21USC§843(b); 21USC§8.<br><br>STIPULATION AND ORDER RE: TRAVEL TO OUTER ISLAND<br><br>SENTENCING DATE: 8/20/07<br>TIME: 2:45 p.m.<br>Judge: The Honorable David A. Ezra |

<u>STIPULATION AND ORDER RE: TRAVEL TO OUTER ISLAND</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant COREY MANLEY is authorized to travel from Oahu to Maui for family matters relating to the severe illness of Mr. Manley's grandfather.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, April 17, 2007.

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

_____
JULIE WALL
PRETRIAL Officer

_____
STEPHEN M. SHAW
Attorney for Defendant
COREY MANLEY

IT IS SO APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, __APR 19 2007__.

_____
HONORABLE DAVID ALAN EZRA
United States Judge

<u>United States v. Corey Manley (07)</u>, Cr. No. 03-00495 DAE
Stipulation and Order Re: Travel To Outer Island