EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00495-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| COREY MANLEY,       (07) | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses Counts 1, 2 and 7 of the Indictment against Defendant Corey Manley ("Defendant Manley") on the grounds that Defendant Manley was charged and sentenced in the Indictment on November 8, 2007 and as set forth in a plea agreement.

      Defendant Manley is currently on supervised release.

      DATED:  Honolulu, Hawaii, __November 13, 2007__  .

                              EDWARD H. KUBO, JR.
                              UNITED STATES ATTORNEY
                              District of Hawaii

                              By /s/ Chris A. Thomas
                                  CHRIS A. THOMAS
                                  Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

      APPROVED AND SO ORDERED.

      DATED: Honolulu, Hawaii, November 13, 2007.

_____
David Alan Ezra
United States District Judge

United States v. Corey Manley
Cr. No. 03-00495-07 DAE
"Order for Dismissal"